UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

Case No.  CV 24-01669-SK                                                                 Date: July 2, 2024

Title   Uresh Patel et al v. City of Los Angeles et al

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None present | None present |

**Proceedings:**      (IN CHAMBERS) **ORDER DISMISSING COMPLAINT**

On **June 5, 2024**, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. (ECF 12). A response to the Order to Show Cause was ordered to be filed no later than **June 19, 2024**. No timely response having been filed to the Court's Order to Show Cause, IT IS ORDERED AND ADJUDGED that the complaint (ECF 1) is dismissed without prejudice for lack of prosecution and for failure to comply with the orders of the Court. *See* L.R. 41.

IT IS SO ORDERED.